FILED
GREAT FALLS DIV.

2008 APR 30 AM 8 08

PATRICK E. DUFFY, CLERK
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| LARRY ADAMS, | |
| Plaintiff, | No. CV 07-26-GF-SEH |
| vs. | **ORDER** |
| ARAMARK, CASCADE COUNTY, DBA CASCADE COUNTY REGIONAL PRISON; DAN O'FALLON; AND STEVEN ARCHULETA | |
| Defendants. | |

On April 4, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strongs's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and

---

[1]Docket No. 10.

-1-

Recommendation and adopt them in full.

ORDERED:

1. The Complaint[2] and Amended Complaint[3] are DISMISSED with prejudice.

2. The Clerk of Court is directed to have the docket reflect that this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

3. Any appeal in this matter would be taken in bad faith because after given a chance to amend his complaint Plaintiff still has not stated a claim upon which relief can be granted.

4. The Clerk is directed to enter judgment accordingly.

DATED this 28th day of April, 2008.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.

[3] Docket No. 9.